```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 19-02606-HWV
Paul E. Chambers                                                    Chapter 13
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh              Page 1 of 1              Date Rcvd: Sep 23, 2019
                               Form ID: ntnew341          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db             +Paul E. Chambers,    P.O. Box 127,    Landisburg, PA 17040-0127
5211450        +Credito Real USA,    1475 W. Cypress Creek Road, Ste 300,     Fort Lauderdale, FL 33309-1931
5225448         Family Practice Center, PC,    1100 Montour Road,    Loysville, PA 17047-9200
5231234        +Medallion Bank,    c/o Systems & Services Technologies, Inc,     PO Box 9013,
                 Addison, Texas 75001-9013
5225449        +Medallion Bank,    1100 East 6600 South, Ste 510,    Salt Lake City, UT 84121-7422
5211452         Pennsylvania Department of Revenue,    Bureau of Compliance,     Dept. 280946,
                 Harrisburg, PA 17108-0946
5225450        +PinnacleHealth Familycare,    910 Century Drive, Ste 150,    Mechanicsburg, PA 17055-8426
5225452         Systems & Services Technologies,    P.O. Box 5493,    Carol Stream, IL 60197-5493
5225453        +The Orthopedic Institute of PA,    3399 Trindle Road,    Camp Hill, PA 17011-2286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5214910        +E-mail/Text: bk@afsacceptance.com Sep 23 2019 19:05:27       AFS Acceptance, LLC,
                 1475 W Cypress Creek Rd #300,    Fort Lauderdale, FL 33309-1931
5225447         E-mail/Text: Bankruptcy.Consumer@dish.com Sep 23 2019 19:05:24        Dish,    P.O. Box 94063,
                 Palatine, IL 60094-4063
5211451         E-mail/Text: cio.bncmail@irs.gov Sep 23 2019 19:05:21        Internal Revenue Service,
                 Bankruptcy Section,    P.O. Box 7346,   Philadelphia, PA 19101-7346
5224420         E-mail/Text: ktramble@lendmarkfinancial.com Sep 23 2019 19:04:24
                 Lendmark Financial Services, LLC,    2118 Usher St,    Covington, GA 30014
5225451         E-mail/Text: bankruptcynotices@psecu.com Sep 23 2019 19:05:29        PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
5215794         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2019 19:05:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5235918         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2019 19:11:13        Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Paul E. Chambers cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    AFS ACCEPTANCE LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Paul E. Chambers,  Chapter 13

**Debtor 1**

Case No. 1:19−bk−02606−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 24, 2019 <br> Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 23, 2019 |

ntnew341 (04/18)