```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-02606-HWV
Paul E. Chambers                                                    Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1       User: PRadginsk         Page 1 of 1         Date Rcvd: Oct 18, 2019
                           Form ID: ntnew341       Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
```
db              +Paul E. Chambers,    P.O. Box 127,    Landisburg, PA 17040-0127
5211450         +Credito Real USA,    1475 W. Cypress Creek Road, Ste 300,    Fort Lauderdale, FL 33309-1931
5225448          Family Practice Center, PC,    1100 Montour Road,    Loysville, PA 17047-9200
5231234         +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                  Addison, Texas 75001-9013
5225449         +Medallion Bank,    1100 East 6600 South, Ste 510,    Salt Lake City, UT 84121-7422
5211452          Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                  Harrisburg, PA 17108-0946
5225450         +PinnacleHealth Familycare,    910 Century Drive, Ste 150,    Mechanicsburg, PA 17055-8426
5225452          Systems & Services Technologies,    P.O. Box 5493,    Carol Stream, IL 60197-5493
5225453         +The Orthopedic Institute of PA,    3399 Trindle Road,    Camp Hill, PA 17011-2286
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5214910         +E-mail/Text: bk@afsacceptance.com Oct 18 2019 19:11:50      AFS Acceptance, LLC,
                  1475 W Cypress Creek Rd #300,    Fort Lauderdale, FL 33309-1931
5225447          E-mail/Text: Bankruptcy.Consumer@dish.com Oct 18 2019 19:11:44      Dish,    P.O. Box 94063,
                  Palatine, IL 60094-4063
5211451          E-mail/Text: cio.bncmail@irs.gov Oct 18 2019 19:11:36      Internal Revenue Service,
                  Bankruptcy Section,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5224420          E-mail/Text: ktramble@lendmarkfinancial.com Oct 18 2019 19:10:52
                  Lendmark Financial Services, LLC,     2118 Usher St,    Covington, GA 30014
5225451          E-mail/Text: bankruptcynotices@psecu.com Oct 18 2019 19:11:53      PSECU,    P.O. Box 67013,
                  Harrisburg, PA 17106-7013
5215794          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 19:11:41
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
5235918          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2019 19:16:37      Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 7
```
```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Paul E. Chambers cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James     Warmbrodt    on behalf of Creditor    AFS ACCEPTANCE LLC bkgroup@kmllawgroup.com
              James     Warmbrodt    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Paul E. Chambers,<br>**Debtor 1** | Chapter | 13 |
| | Case No. | 1:19–bk–02606–HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 19, 2019<br>Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 18, 2019 |

ntnew341 (04/18)