```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02606-HWV
Paul E. Chambers                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Nov 07, 2019
                              Form ID: ordsmiss          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
db             +Paul E. Chambers,    P.O. Box 127,    Landisburg, PA 17040-0127
5211450        +Credito Real USA,    1475 W. Cypress Creek Road, Ste 300,    Fort Lauderdale, FL 33309-1931
5225448         Family Practice Center, PC,    1100 Montour Road,    Loysville, PA 17047-9200
5231234        +Medallion Bank,    c/o Systems & Services Technologies, Inc,    PO Box 9013,
                 Addison, Texas 75001-9013
5225449        +Medallion Bank,    1100 East 6600 South, Ste 510,    Salt Lake City, UT 84121-7422
5211452         Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17108-0946
5225450        +PinnacleHealth Familycare,    910 Century Drive, Ste 150,    Mechanicsburg, PA 17055-8426
5225452         Systems & Services Technologies,    P.O. Box 5493,    Carol Stream, IL 60197-5493
5225453        +The Orthopedic Institute of PA,    3399 Trindle Road,    Camp Hill, PA 17011-2286
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5214910        +E-mail/Text: bk@afsacceptance.com Nov 07 2019 19:09:49     AFS Acceptance, LLC,
                 1475 W Cypress Creek Rd #300,    Fort Lauderdale, FL 33309-1931
5225447         EDI: ESSL.COM Nov 08 2019 00:13:00      Dish,   P.O. Box 94063,    Palatine, IL 60094-4063
5211451         EDI: IRS.COM Nov 08 2019 00:13:00      Internal Revenue Service,    Bankruptcy Section,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
5224420         E-mail/Text: ktramble@lendmarkfinancial.com Nov 07 2019 19:09:26
                 Lendmark Financial Services, LLC,    2118 Usher St,    Covington, GA 30014
5225451         E-mail/Text: bankruptcynotices@psecu.com Nov 07 2019 19:09:53      PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
5215794         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 19:09:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5235918         EDI: AIS.COM Nov 08 2019 00:13:00      Verizon,   by American InfoSource as agent,    PO Box 4457,
                 Houston, TX  77210-4457
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Paul E. Chambers cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    AFS ACCEPTANCE LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul E. Chambers, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–02606–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 7, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

ordsmiss (05/18)